```
UNITED STATES DISTRICT COURT                  USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                 DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                              DOC #:
PRIDE TECHNOLOGIES, LLC,           :          DATE FILED: 02/25/2020
                       Plaintiff,  :
                                   :          19 Civ. 11315 (LGS)
           -against-               :
                                   :                 ORDER
DANIEL KHUBLALL,                   :
                       Defendant.  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference in this matter previously scheduled for February 27, 2020 at 2:30 p.m., is adjourned to **March 12, 2020 at 10:40 a.m.**, due to a scheduling conflict.

Dated: February 25, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**