```
UNITED STATES DISTRICT COURT                 USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT
------------------------------------------------------------X    ELECTRONICALLY FILED
                                          :   DOC #:_____
PRIDE TECHNOLOGIES, LLC,                  :   DATE FILED: 03/13/2020
                          Plaintiff,      :
                                          :   19 Civ. 11315 (LGS)
            -against-                     :
                                          :            ORDER
DANIEL KHUBLALL,                          :
                          Defendant.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic conference was held on March 12, 2020. As discussed at conference, it is hereby

**ORDERED** that, by **March 16, 2020,** Plaintiff shall file on ECF the verification of citizenship for diversity purposes previously served on Defendants. It is further

**ORDERED** that Defendant's request to stay discovery is DENIED in part. Discovery as to punitive damages is stayed, but fact discovery shall otherwise proceed. A Case Management and Scheduling Order, and an Order of Reference to Judge Nebturn for settlement conference, will issue separately.

Dated: March 9, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**