UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**PRIDE TECHNOLOGIES, LLC,**

          **Plaintiff,**

   -against-

**DANIEL KHUBLALL,**

          **Defendant.**

-----------------------------------------------------------------X

19-CV-11315 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On consent of the parties, the settlement conference previously scheduled for June 3, 2020, is RESCHEDULED to Wednesday, August 5, 2020, at 10:00 a.m. The parties shall follow the dial-in instructions provided in the April 21, 2020 Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 20, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2020