UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PRIDE TECHNOLOGIES, LLC,

                            **Plaintiff,**                    19-CV-11315 (LGS)(SN)

    -against-                                   **DISCOVERY**
                                                           **CONFERENCE ORDER**

DANIEL KHUBLALL,

                            **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On October 27, 2020, the Honorable Lorna G. Schofield referred this case to my docket for general pretrial supervision. All prior orders, dates, and deadlines remain in effect.

    A discovery conference to discuss the issues raised by Defendant in his October 23, 2020 Letter, and Plaintiff in its October 26, 2020 Letter, is scheduled for Thursday, November 5, 2020, at 10:30 a.m. At that time, the parties shall call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:     October 29, 2020
                 New York, New York