UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PRIDE TECHNOLOGIES, LLC,

                          **Plaintiff,**                                              19-CV-11315 (LGS)(SN)

            -against-                                                **ORDER**

DANIEL KHUBLALL,

                          **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff's request for an extension of discovery is GRANTED IN PART. The fact discovery period is extended for the limited purpose of allowing TalentNet to respond to any authorized subpoena within 14 days of such a court order.

**SO ORDERED.**

                                                                                     _____
                                                                                      SARAH NETBURN
                                                                                      United States Magistrate Judge

DATED:       November 12, 2020
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020