# HOFFMANN & ASSOCIATES

Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

ANDREW S. HOFFMANN

TRAM D. LOPRESTO

The application is **GRANTED**. By **December 8, 2020**, Plaintiff shall file a new copy of the Hoffmann Declaration and accompanying exhibits.

Dated:  December 7, 2020
        New York, New York

December 4, 2020

**By ECF**
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court for the Southern District
40 Foley Square
New York, NY 10007

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

*Re: Pride Technologies, LLC d/b/a Pride One v. Khublall, Case No. 19-cv-11315*
*Letter Motion Requesting Permission to Declaration of Andrew S. Hoffmann with Exhibits on Dec. 7, 2020 Due to Technical ECF issue on Dec. 4, 2020*

Dear Judge Schofield,

We, together with Davis & Gilbert, represent plaintiff Pride Technologies, LLC ("Pride" or "plaintiff") in the above-captioned matter. Our papers in opposition to Defendant's Motion for Summary Judgment are due today. We have filed all of our papers except the Exhibits identified in and annexed to the Declaration of Andrew S. Hoffmann (the "Hoffmann Declaration"), which are the Exhibits cited in Pride's Response and Counterstatement of Material Facts Pursuant to Local Rule 56.1. We have tried multiple times over a number of hours today to file the Exhibits, but the ECF system continues to return a message stating "internal error" and is not accepting the filing. We have separately filed the Hoffmann Declaration without the Exhibits tonight. The ECF Help Desk is not currently available. We, therefore, respectfully request that Your Honor permit us to contact the ECF Help Desk first thing on Monday morning and file the Exhibits as promptly as possible on Monday.

We greatly appreciated Your Honor's consideration of this letter application.

Respectfully submitted,

/s/ Andrew S. Hoffmann
Andrew S. Hoffmann

c:  All Counsel by ECF