UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                           :

PRIDE TECHNOLOGIES, LLC,              :

                         Plaintiff,   :             19 Civ. 11315 (LGS)
                                           :

               -against-         :               ORDER
                                         :

DANIEL KHUBLALL,                  :

                     Defendant.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties are briefing Defendant's motion for summary judgment pursuant to the

schedule set forth in the Court's September 3, 2020, Order at Docket No. 66.

WHEREAS, pursuant to the Second Amended Civil Case Management Plan and Scheduling

Order, a case management conference is scheduled for December 10, 2020, to discuss any anticipated

dispositive motions.

WHEREAS, pursuant to Individual Rule III.A.1, any pre-motion letters in anticipation of a

dispositive motion were due at least two weeks before the conference.

WHEREAS, no such letters were filed.  It is hereby

**ORDERED** that the December 10, 2020, conference is **CANCELLED**.

Dated: December 7, 2020
       New York, New York

                                     LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE