UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRIDE TECHNOLOGIES, LLC,

                              Plaintiff,           19 Civ. 11315 (LGS)

         -against-                        ORDER

DANIEL KHUBLALL,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the Court's October 30, 2020 Order, each party shall file exhibits in support or opposition of Defendant's motion for summary judgment (Dkt. No. 92), totaling no more than 225 pages but without limitation as to the number of exhibits filed.  Dkt. No. 81.

    WHEREAS, on December 7, 2020, Plaintiff filed the Declaration of Andrew S. Hoffman and 124 accompanying exhibits, totaling 446 pages, excluding cover pages.  Dkt. No. 124.

    WHEREAS, on December 4, 2020, Plaintiff filed a letter motion to seal certain documents in support of its opposition to Defendant's motion for summary judgment.  Dkt. No. 111.

    WHEREAS, on December 7, 2020, the Court issued an Order directing Defendant, non-party Randstad and non-party TalentNet to file any responses to Plaintiff's letter motion to seal at Dkt. No. 111.  Dkt. No. 121.  It is hereby

    **ORDERED** that, the filings at Dkt. Nos. 111 – 18 and 124-25 are hereby stricken from the record.  It is further

    **ORDERED** that, by **December 10, 2020**, Plaintiff shall file revised opposition papers, complying with the Court's directives, including exhibits totaling no more than 225 pages, and any related motion to seal.  It is further

    **ORDERED** that, the Court's December 7, 2020, Order at Dkt. No. 121 is **VACATED**.  To the extent Plaintiff files a motion to seal along with its revised opposition papers, the Court will

issue a new order directing any necessary response(s).  Plaintiff shall serve a copy of this Order on non-parties Randstad and TalentNet.

The Clerk of Court is respectfully directed to strike Dkt. Nos. 111-18 and 124-25.

Dated: December 8, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**