**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PRIDE TECHNOLOGIES, LLC D/B/A PRIDE ONE,

                      Plaintiff,

      -against-                                        19 **CIVIL** 11315 (LGS)

                                                           **<u>JUDGMENT</u>**

DANIEL KHUBLALL,

                      Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 17, 2021, Khublall's motion to summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       August 17, 2021

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                       Clerk of Court
                          **BY:**
                                                      Deputy Clerk